Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com


Attorneys for Plaintiff
WENDY J. REYNOLDS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY J. REYNOLDS | Case No.: 2:17-cv-02397-RFB-VCF |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

  Plaintiff Wendy J. Reynolds and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 7 days from January 17, 2018 to January 24, 2018 for Plaintiff to file a Plaintiff's Motion for Reversal and/or Remand, with all other dates in the Court's Order Concerning Review Of Social

Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel.  Counsel makes the request due to an abnormally heavy briefing calendar, which includes 7 dispositive motions this week alone.  Counsel worked through the holiday weekend with the intention of completing this motion, but will need additional time to do so.

DATE: January 17, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Wendy J. Reynolds


DATE:  January 17, 2018          DAYLE ELIESON
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


/s/ *Jennifer A. Kenney*

BY: _____
Jennifer A. Kenney
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ 1-18-2018

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:17-CV-02397-RFB-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 17, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff