Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Wendy J. Reynolds

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY J. REYNOLDS, | Case No.: 2:17-cv-02397-RFB-VCF |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Wendy J. Reynolds ("Plaintiff") and Nancy A. Berryhill as Acting Commissioner ("Defendant"), that this matter be dismissed with prejudice, each party to

///

-1-

bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: May 29, 2018     Respectfully submitted,

                LAW OFFICES OF LAWRENCE D. ROHLFING

                /s/ *Cyrus Safa*
BY:_____
        Cyrus Safa
        Attorney for plaintiff Wendy J. Reynolds

DATE: May 29, 2018

        DAYLE ELIESON
        United States Attorney

                /s/ *Jennifer A. Kenney*
        _____
        JENNIFER A. KENNEY
        Special Assistant United States Attorney
        Attorneys for Defendant Nancy A. Berryhill,
        Acting Commissioner of Social Security
        (Per e-mail authorization)

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of May, 2018

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-02397-RFB-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 29, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____
Cyrus Safa
Attorneys for Plaintiff